IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDMUND PETER JUSKA, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No.: |
| UNITED STATES OF AMERICA, and ABRAHAM ALLI-BROWN, | ) |
|     Defendants. | ) |

## COMPLAINT

Plaintiff, EDMUND PETER JUSKA, by and through his undersigned attorneys, complains of Defendants UNITED STATES OF AMERICA and ABRAHAM ALLI-BROWN, and states as follows:

### JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b)(1) and 2671–2680. The Court has subject matter jurisdiction over the FTCA claim pursuant to 28 U.S.C. § 1346(b)(1). The Court has supplemental jurisdiction over the state-law claim pursuant to 28 U.S.C. § 1367(a). Venue is proper in this District pursuant to 28 U.S.C. § 1402(b) because the acts and omissions giving rise to this claim occurred in the Northern District of Illinois.

2. Plaintiff has complied with the jurisdictional prerequisites of the FTCA. On April 24, 2025, Plaintiff filed a timely administrative claim (Standard Form 95) with the appropriate federal agency. More than six months have passed since submission of that claim without a final disposition, thereby constituting a denial under 28 U.S.C. § 2675. Plaintiff has thus exhausted all required administrative remedies before filing this suit.

### FACTUAL BACKGROUND

3. On May 18, 2023, Plaintiff, EDMUND PETER JUSKA, was lawfully driving/traveling northbound on Willow Springs Road in the City of Countryside, in Cook County, Illinois, when Defendant ABRAHAM ALLI-BROWN, while acting within the scope of his employment with the

United States Government, negligently operated a government vehicle and collided with Plaintiff's vehicle.

4. As a direct result of the collision, Plaintiff sustained serious and permanent injuries. Plaintiff has incurred and will continue to incur medical expenses for the treatment of his injuries, and has experienced pain, suffering, and emotional distress.

**COUNT I – Negligence – Federal Tort Claims Act (Against United States of America)**

5. Plaintiff restates and realleges paragraphs 1 through 4 as though fully set forth herein.

6. At all times relevant, Defendant ABRAHAM ALLI-BROWN was an employee and agent of the United States of America, acting within the scope of his federal employment.

7. Under the FTCA, the United States is liable for the negligent acts and omissions of its employees acting within the scope of their employment.

8. Defendant ABRAHAM ALLI-BROWN had a duty to exercise reasonable care in the operation of his vehicle and to obey all applicable laws.

9. Defendant ALLI-BROWN breached that duty by negligently operating the vehicle as described above, including failing to exercise due care and failing to avoid a collision.

10. As a direct and proximate result of Defendant ALLI-BROWN's negligence, for which the United States of America is responsible under the FTCA, Plaintiff sustained the injuries and damages described herein.

WHEREFORE, Plaintiff Edmund Peter Juska prays for judgment against Defendant United States of America for compensatory damages in an amount to be determined at trial, together with the costs of this action and such other and further relief as the Court deems just and proper.

**COUNT II – Negligence – State Law (Against ABRAHAM ALLI-BROWN)**

11. Plaintiff restates and realleges paragraphs 1 through 10 as though fully set forth herein.

12. Defendant ABRAHAM ALLI-BROWN owed Plaintiff a duty to exercise reasonable care under the circumstances, including a duty to operate his vehicle with due care.

13. Defendant ALLI-BROWN breached this duty by negligently operating the vehicle, as described above.

14. As a direct and proximate result of Defendant ALLI-BROWN's negligence, Plaintiff sustained serious injuries and damages as described herein.

WHEREFORE, Plaintiff Edmund Peter Juska prays for judgment against Defendant Abraham Alli-Brown for compensatory damages in an amount to be determined at trial, together with the costs of this action and such other and further relief as the Court deems just and proper.

Plaintiff hereby demands a trial on all issues so triable.

Respectfully submitted,

By: */s/ Steven E. Garstki*
Attorney for Plaintiff

STOLLER & GARSTKI
Steven Garstki (Atty. ARDC 6201165)
sgarstki@sgpersonalinjury.com
111 N. Wabash Ave., Suite 2118
Chicago, IL 60602
Phone: 312-263-4443

**CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                */s/ Steven E. Garstki*
                Steven E. Garstki